UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      - against -

PHILLIP CASANOVA, et al.,

           Defendants.

07 Cr. 557 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from defendant Casanova, which it forwards to the parties. In the letter, the defendant claims that he has not been provided with a copy of discovery and has been unable to contact defense counsel. Counsel for the defendant should respond to the defendant and advise the Court if any further action is necessary.

SO ORDERED.

Dated:    New York, New York
          February 14, 2008

                                   John G. Koeltl
                              United States District Judge

Phillip C[...] [...]; 60064-054
MDC - PO Box 329002
Brooklyn NY 11232
February 12, 2008

The Honorable John Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



RECEIVED
FEB 14 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

Your honor:

I am writing to ask the honorable courts guidance and assistance in an important matter.

I last appeared before your honor on December 19 2007. At that time, my attorney Mr Louis V Fasulo, Esq of 225 Broadway, suite 715, New York N.Y. 10007; telephone No 212-566-6212 indicated that he would provide me with all discovery material related to my case within a few days.

Unfortunately, I have not received it. And when I was not taken to court on January 24th 2008, which I was told, was to be my next appearance before your honor, both my family and myself have repeatedly tried to contact Mr Fasulo regarding this matter, but have been unable to reach him.

2.

Any assistance and assurance your honor and the Honorable court could provide I would be grateful for.

I would like to thank your honor and the honorable court for your valuable time.

Respectfully submitted,
Philip Casanova
Philip Casanova