USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

WILFREDO SALAS, et al.,
                                  Defendants.
------------------------------------------------------------X

07 cr 557 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

    The parties are directed to appear for a conference on **Friday, April 11, 2008 at 2:30pm** before the Honorable John G. Koeltl.

    The Court prospectively excludes the time from today until **April 11, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                             *Miriam Goldman Cedarbaum*
                                                             **MIRIAM GOLDMAN CEDARBAUM**
                                                             **UNITED STATES DISTRICT JUDGE**
                                                             Part I

Dated: New York, New York
           March 11, 2008