UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

WILFREDO SALAS,
PHILLIP CASANOVA, and
EFRAIN TORRES,

        Defendants.

ECF CASE

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

07 Cr. 557 (JGK)

TO:   Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:   //s//
      David B. Massey
      Assistant United States Attorney
      (212) 637-2283
      david.massey@usdoj.gov

TO:   Counsel (by ECF)