AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA

**APPEARANCE**

-v-

Case Number:

Phillip Casanova

_____

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Phillip Casanova

I certify that I am admitted to practice in this court.

Date

Signature

Print Name                                                                 Bar Number

Address

City                              State                      Zip Code

Phone Number                                                          Fax Number