AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USA

-v-

Phillip Casanova

**APPEARANCE**

Case Number: 07-cr-557-JGK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Phillip Casanova

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/7/2008 | *[signature]* |
| Date | Signature |
| | Steve Zissou — SZ0385 |
| | Print Name — Bar Number |
| | 42-40 Bell Boulevard, Suite 302 |
| | Address |
| | Bayside — NY — 13361 |
| | City — State — Zip Code |
| | (718) 279-4500 — (718) 281-0850 |
| | Phone Number — Fax Number |